In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00008-CR**
_____

**SACHEL RAYNELL LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the County Court at Law No. 2**
**Jefferson County, Texas**
**Trial Cause No. 324446**

_____

**MEMORANDUM OPINION**

On March 1, 2023, we notified the parties that the appeal would be dismissed for want of prosecution unless the appellant arranged to file the record or explained why she needed additional time to do so. The Court, however, received no response to its request.

There is also nothing in the record that shows the appellant is entitled to proceed without paying costs. *See* Tex. R. App. P. 20.2. Because the appellant has

1

not explained why she failed to file the record in her appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 2, 2023
Opinion Delivered May 3, 2023
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.